UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
STATE OF MICHIGAN, *et al.,*

      Plaintiffs,

*Ex rel.* ASHLON WILLIAMSON,

      Plaintiff-Relator,

vs.

CENTRIA HEALTHCARE, LLC, *et al.*

      Defendants.
_____/

Civil No. 17-cv-11339
Honorable Linda V. Parker
Mag. Judge R. Steven Whalen

FILED UNDER SEAL

## **ORDER**

The United States and the States of California, Michigan, New Mexico, Texas, and Washington (Plaintiff States) having declined to intervene in this action pursuant to the federal False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and the States' analogous state statutes, the Court rules as follows:

IT IS ORDERED that,

1. the complaint be unsealed and served upon the defendants by the relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The United

States' and the States' Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the complaint;

    3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

    4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3), and upon the Attorney General for the States of Michigan, California, New Mexico, Texas and Washington as provided by M.C.L 400.610a(6) and analogous state statutes. The United States and the Plaintiff States may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

    5. the parties shall serve all notices of appeal upon the United States and the Plaintiff States;

    6. all orders of this Court shall be sent to the United States and the Plaintiff States; and

    7. should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the

United States and the Plaintiff States before ruling or granting its approval.

**IT IS SO ORDERED**.

s/ Linda V. Parker<br>
LINDA V. PARKER<br>
U.S. DISTRICT JUDGE

Dated: November 15, 2019