UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **United States of America, *ex rel.*, Ashlon Williamson,**  *Plaintiffs,*  vs.  **Centria Healthcare, Et. Al.**  *Defendants.* | Case No.: 4:17-cv-11339-LVP-RSW (District Judge, Hon. Linda V. Parker) (Magistrate, Hon. R. Steven Whalen)  **Stipulation and Order to Extend Defendants' Time to Answer, Move, or Otherwise Respond to the Complaint** |

HLP  The Health Law Partners, P.C.

Stipulation to Extend Defendants' Time to Answer, Move, or Otherwise Respond to the Complaint, and Proposed Order

**WHEREAS**, on April 27, 2017, Plaintiffs/Relators filed a complaint under seal, pursuant to 31 U.S.C. § 3730(b)(2) (Dkt. No., 1) ("**Complaint**"); and

**WHEREAS**, on November 1, 2019, the United States of America, filed a Notice of Election to Decline Intervention, through Assistant United States Attorney, Lynn Marie Dodge (Dkt. No., 11); and

**WHEREAS**, on November 15, 2019, the Honorable District Judge, Linda V. Parker, issued an order unsealing the Complaint (Dkt. No., 12); and

**WHEREAS**, on February 18, 2020, counsel for Defendant(s) listed below returned to Plaintiffs/Relators' counsel, signed waivers of summons/service, accepting service on behalf of all Defendants listed below;

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorneys, that the following Defendants:

- Centria Healthcare,
- Scott Barry,
- Alicia Kidwell,
- Amber Gariepy
- Michelle Carter Pierce,
- Darren Schwartz, and
- Christopher Wilcox;

will have additional time within which to answer, move, or otherwise respond to Plaintiff/Relator's Complaint.

i

Therefore, the last day for Defendants listed above to answer, move or otherwise respond to Plaintiff/Relator's Complaint is **Wednesday, April 1, 2020**.

**Dated:** February 24, 2020                 **THE HEALTH LAW PARTNERS, P.C.**

/s/ Clinton Mikel_____
Clinton Mikel, Attorney for the following Defendants:
Centria Healthcare, Scott Barry, Alicia Kidwell, Amber Gariepy, Michelle Carter Pierce, Darren Schwartz, and Christopher Wilcox

**Dated:** February 24, 2020                 **THE SIGLER LAW FIRM, PLC**

/s/ Danielle B. Safran _____
Danielle B. Safran
The Sigler Law Firm, PLC
30300 Northwestern Highway
Suite 337
Farmington Hills, MI 48334
248-705-6400
Fax: 248-932-3521
Email: daniellesigler@sbcglobal.net

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **United States of America, *ex rel.*,** **Ashlon Williamson,** *Plaintiffs,* vs. **Centria Healthcare, Et. Al.** *Defendants.* | Case No.: 4:17-cv-11339-LVP-RSW (District Judge, Hon. Linda V. Parker) (Magistrate, Hon. R. Steven Whalen) |

## **ORDER**

Pursuant to the parties' stipulation,

**IT IS ORDERED** that the Defendants listed above will answer, move, or otherwise respond to Plaintiff/Relator's complaint on or before Wednesday, April 1, 2020.

**IT IS SO ORDERED.**

<u>s/ Linda V. Parker</u>
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: February 24, 2020