# Index of Exhibits

1. **Exhibit A**- Email exchanges:
   - March 18, 2020 at 7:55 p.m., Clinton Mikel to Danielle Safran
   - March 18, 2020 at 7:49 p.m., Danielle Safran to Clinton Mikel
   - March 12, 2020 at 11:25 a.m., Danielle Safran to Clinton Mikel
   - March 12, 2020 at 9:53 a.m., Clinton Mikel to Danielle Safran
   - March 12, 2020 at 9:31 a.m., Danielle Safran to Clinton Mikel
   - March 4, 2020 at 2:38 p.m., Clinton Mikel to Danielle Safran
   - March 4, 2020 at 2:37 p.m., Danielle Safran to Clinton Mikel
   - March 4, 2020 at 2:22 p.m., Clinton Mikel to Danielle Safran
   - March 4, 2020 at 2:20 p.m., Danielle Safran to Clinton Mikel
   - March 4, 2020 at 2:06 p.m., Clinton Mikel to Danielle Safran
   - March 4, 2020 at 1:54 p.m., Danielle Safran to Clinton Mikel
   - March 4, 2020 at 10:32 a.m., Clinton Mikel to Danielle Safran

2. **Exhibit B**- Email exchanges:
   - March 25, 2020, at 10:19 a.m. Clinton Mikel to Danielle Safran
   - March 24, 2020 at 10:48 p.m., Danielle Safran to Jonathan Messina
   - March 23, 2020 at 8:48 p.m., Jonathan Messina/Clinton Mikel to Danielle Safran

3. **Exhibit C**- Email exchanges:
   - April 10, 2020 at 1:02 p.m. Clinton Mikel to Danielle Safran
   - April 6, 2020 at 6:57 p.m., Danielle Safran to Clinton Mikel
   - April 6, 2020 at 11:19 a.m. Clinton Mikel to Danielle Safran
   - April 2, 2020 at 9:43 p.m., Danielle Safran to Clinton Mikel
   - April 2, 2020 at 7:39 p.m. Clinton Mikel to Danielle Safran

4. **Exhibit D**

   Letter from Health Law Partners, P.C. to Danielle Safran, dated April 2, 2020

HLP | The Health Law Partners, P.C.

Exhibits To:
Brief in Support of Defendants' Response to Plaintiff-Relator's Ex-Parte Motion
Case No.: 4:17-cv-11339-LVP-RSW

i