UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
STATE OF MICHIGAN, *et al.,*

Plaintiffs,

Civil No. 17-cv-11339
Honorable Linda V. Parker
Mag. Judge R. Steven Whalen

*Ex rel.* ASHLON WILLIAMSON,

Plaintiff-Relator,

vs.

CENTRIA HEALTHCARE, LLC, *et al.*

Defendants.
_________________________________/

**STIPULATION FOR VOLUNTARY DISMISSAL OF PLAINTIFF/RELATOR'S CLAIMS PURSUANT TO RULE 41(a)(1)(A)(ii) AND NOTICE OF CONSENT TO DISMISSAL OF THE UNITED STATES AND STATES OF MICHIGAN, CALIFORNIA, NEW MEXICO, TEXAS, AND WASHINGTON**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff/ Relator, Ashlon Williamson ("Relator") and Defendants Centria Healthcare, LLC, Scott Barry, Alicia Kidwell, Michelle Carter Pierce, Amber Gariepy, Darren Schwartz, and Christopher Wilcox, through their respective counsel, hereby stipulate to the dismissal of any and all of Relator's claims in this action, with

prejudice; and

request that the Clerk of Court now close and dismiss this case with prejudice as to the claims of the Relator and without prejudice as to the claims of the United States of America and the States of Michigan, California, New Mexico, Texas, and Washington.

Dated: October 9, 2020

Respectfully submitted,

THE SIGLER LAW FIRM, PLC

*/s/Danielle B. Safran*
DANIELLE B. SAFRAN (P61965)
Attorney for Relator
30300 Northwestern Highway, Suite 337
Farmington Hills, MI 48334
(248) 932-3500 ext. 237
Fax: (248) 932-3521
safranlaw1@gmail.com

HEALTH LAW PARTNERS, PC

*/s/Clinton Mikel*
Clinton Mikel (P73496)
Attorney for Defendants
Centria Healthcare, Scott Barry, Alicia Kidwell, Michelle Carter Pierce, Amber Gariepy, Darren Schwartz, and Christopher Wilcox
32000 Northwestern Highway, Suite 240
Farmington Hills, MI 48334
(248) 966-8515
cmikel@thlp.com

**<u>CONSENT OF THE UNITED STATES OF AMERICA AND THE STATES</u>**

In the interests of justice, the Attorney General of the United States of America ("United States"), and the Attorneys General of the States of Michigan, California, New Mexico, Texas, and Washington, through the undersigned attorneys, hereby consent to the dismissal of Defendants Centria Healthcare, LLC, Scott Barry, Alicia Kidwell, Michelle Carter Pierce, Amber Gariepy, Darren Schwartz, and Christopher Wilcox from this action without prejudice as to the United States and the States of Michigan, California, New Mexico, Texas, and Washington.

Dated: October 9, 2020

Respectfully Submitted,

MATTHEW SCHNEIDER
United States Attorney

*<u>/s/Lynn M. Dodge</u>*
Lynn M. Dodge (P38136)
Assistant United States Attorney
United States Attorney's Office
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Telephone: (313) 226-0205
Fax: (313) 226-3271
Email: lynn.dodge@usdoj.gov

*Attorneys for the United States of America*

DANA NESSEL
MICHIGAN ATTORNEY GENERAL

*/s/Jason Evans*
Jason Evans (P61567)
First Assistant
Health Care Fraud Division
Michigan Department of Attorney General
P.O. Box 30218
Lansing, MI 48909
Telephone: (517) 241-6500
EvansJ@michigan.gov

*Attorneys for the State of Michigan*

XAVIER BECERRA
Attorney General of California

*/s/John Fisher*
John Fisher
Deputy Attorney General
California Attorney General's Office
Bureau of Medi-Cal Fraud and Elder Abuse
1455 Frazee Rd., Suite 315
San Diego, CA 92108
Telephone: (619) 358-1004
John.Fisher@doj.ca.gov

*Attorneys for the State of California*

HECTOR BALDERAS
New Mexico Attorney General

*/s/Constance Tatham*
Constance Tatham
Director
Medicaid Fraud Control Division

201 Third St. NW, Suite 300
Albuquerque, New Mexico 87102
Telephone: (505)717-3546
Fax: (505)318-1006
JMMartinez@nmag.gov

*Attorneys for the State of New Mexico*

KEN PAXTON
Attorney General of Texas
BRENT WEBSTER
First Assistant Attorney General
RYAN L. BANGERT
Deputy First Assistant Attorney General
DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation
RAYMOND C. WINTER
Chief, Civil Medicaid Fraud Division

*/s/Cynthia Lu*
SUSAN ARENELLA
Assistant Attorney General
Texas State Bar No. 24001320
CYNTHIA LU
Assistant Attorney General
Texas State Bar No. 24067897
Office of the Attorney General of Texas
Civil Medicaid Fraud Division
P.O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 936-0261
cynthia.lu@oag.texas.gov

*Attorneys for the State of Texas*

ROBERT W. FERGUSON
Washington Attorney General

*/s/Carrie L. Bashaw*
CARRIE L. BASHAW, WSBA #20253
Senior Counsel
Washington Attorney General's Office
Medicaid Fraud Control Division
P.O. Box 40114
Olympia, WA 98504-0114
Telephone: (360) 586-8888
Email: Carrie.Bashaw@atg.wa.gov

*Attorneys for the State of Washington*