UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
STATE OF MICHIGAN, *et al.,*

          Plaintiffs,

*Ex rel.* ASHLON WILLIAMSON,

          Plaintiff-Relator,

vs.

CENTRIA HEALTHCARE, LLC, *et al.*

          Defendants.

_____/

Civil No. 17-cv-11339
Honorable Linda V. Parker
Mag. Judge R. Steven Whalen

## ORDER OF DISMISSAL

The parties having stipulated, pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(ii) and the qui tam provisions of the Federal False Claims Act, 31

U.S.C. 3730(b)(1), and the United States of America and the States of Michigan,

California, New Mexico, Texas, and Washington having consented to the dismissal

of all of Relators' claims with prejudice and all of the claims of the United States

of America, and the States of Michigan, California, New Mexico, Texas, and

Washington without prejudice,

     **IT IS ORDERED** that,

1. the claims of Relator Ashlon Williamson are dismissed with prejudice;

2. the claims of the United States of America and the States of Michigan, California, New Mexico, Texas, and Washington are dismissed without prejudice; and

3. the Clerk of the Court is directed to close the case.

      **IT IS SO ORDERED**.

s/ Linda V. Parker
LINDA  V. PARKER
U.S. DISTRICT JUDGE

Dated: October 12, 2020